

**RECEIVED**

JUL 2 9 2024

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Larry L. Henderson )<br>)<br>)<br>)<br>)<br>)<br>(*Write the full name of each plaintiff* )<br>*who is filing this complaint. If the* )<br>*names of all the plaintiffs cannot fit in* )<br>*the space above, please write "see* )<br>*attached" in the space and attach an* )<br>*additional page with the full list of* )<br>*names.*) )<br>)<br>**v.** )<br>Cornelius Bryant )<br>Ann Rito, )<br>HRI COMMUNITIES )<br>John Doe Company )<br>(See Attached) )<br>)<br>(*Write the full name of each defendant.* )<br>*The caption must include the names of* )<br>*all of the parties. Fed. R. Civ. P. 10(a).* )<br>*Merely listing one party and writing "et* )<br>*al." is insufficient. Attach additional* )<br>*sheets if necessary.*) ) | **Complaint for a Civil Case**<br><br>Case No.<br>*(to be assigned by Clerk of*<br>*District Court)*<br><br>Plaintiff requests trial by jury:<br>☒ Yes ☐ No |

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Larry Lee Henderson Sr. |
| Street Address | Post Office Box 24742 |
| City and County | Saint Louis |
| State and Zip Code | Missouri 63115 |
| Telephone Number | 6362035784 x801 |
| E-mail Address | caregiverbishop@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Cornelius Bryant (Individual & Official) |
| Job or Title | Assistant Property Manager |
| Street Address | 812 GRAVIER STREET, SUITE 200 |
| City and County | NEW ORLEANS |
| State and Zip Code | LA 70112 |
| Telephone Number | |
| E-mail Address | cornelius.bryant@hri@communities.com |

(See additional Defendant Attached)

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2.    The Defendant(s)

If the defendant is an individual

The defendant, *(name)*      Cornelius Bryant      , is a citizen

of the State of *(name)*         Illinois         *Or* is a citizen

of *(foreign nation)* _____ .


If the defendant is a corporation

The defendant, *(name)*            HRI  COMMUNITY            .

is incorporated under the laws of the State of *(name)*

_____Louisiana_____ , and has its principal place of

business in the State of *(name)*         Louisiana         *Or*

is incorporated under the laws of the State of *(foreign nation)*

_____ , and has its principal place

of business in *(name)*         HRI  PROPERTIES         .


*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

$86,369.00 in rental lost and actual damages to peronal property.

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A.    Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

```
42 U.S. Code § 3604 and others
18 U.S.C. § 241
42 U.S.C. § 1985
```

### B.    Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

```
NONE
```

### C.    Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1.    The Plaintiff(s)

The plaintiff, *(name)* Larry L Henderson Sr. , is a citizen of the State of *(name)* Missouri .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

## III.   Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s).  For every defendant you have named in this complaint, you must state what he or she personally did to harm you.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

As a disable person with neurological disorder, other medical conditions, including gait disorder, type 1, diabetic which requires some reasobale accommodations or modifications of any unit. In November of 2023, I was approved to rent a unit. Upon renting the unit I was told is would be ADA ready prior to signing the lease (and on sending an emailing) by Cornelius Bryant.I requested a ADA approval letter and reasonable modification on Jnauary 16, 2024 the next day a unit flood to place from an empty unit above my unit rendering the unit inoparotive for a term of two month and therafter amnay request to the Defendant(s) flood after flood on muitple dates,until this present,Letter after Lettera and emails to Champika Lindskag (Property Manager, requesting ADA reasonable modifications and accoummendations. Again to Management company official or resperentive, and again to Mr. Cornelius Bryant, all to no avial. As resuilt to their action (failures)my hosptial bed has no access to any bedrooms due to not being able to fit pass doors, powered wheelchairs do not fit within any bedroom or hall bath room doors, which limited my access to the unit and the caregivers and medical plan of care.

## IV.   Relief

State briefly and precisely what damages or other relief you want from the Court.  Do not make legal arguments.

For the Unit to be ADA ready with reasonable modification or accommunendation related to my medical need. Refund for cost of offsite living location and damages caused to personal property by flood and water links.

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☒  No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒  No ☐

Do you claim punitive monetary damages?

Yes ☒  No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

```
$86,396.00 in Actual lost and property damages
$225,000.00 in punitive damages
```

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26th day of July, 2024.

Signature of Plaintiff(s)