**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LARRY HENDERSON, SR., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 4:24-CV-01048-PLC |
| | ) | |
| v. | ) | |
| | ) | |
| CORNELOUIS BRYANT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS ANN RITO AND HRI COMMUNITIES' CONSENT MOTION FOR ADDITIONAL TIME <u>TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT</u>**

COMES NOW Defendants Ann Rito and HRI Communities (collectively "Defendants") and hereby request an extension in which to file their answers or otherwise respond to the Plaintiff's Amended Complaint herein. In support of its Consent Motion, Defendants state as follows:

1. Plaintiff filed his (corrected) Amended Complaint on September 16, 2024, before he was represented by counsel.

2. On May 27, 2025, Michelle Katherine Faron and Sarah Jane Hunt entered their appearance as counsel for Plaintiff Larry Henderson, Sr. [ECF #15, #16].

3. Defendant Ann Rito was served with the Amended Complaint on July 18, 2025, which made her responsive pleading due on or before today, August 8, 2025.

4. Defendant HRI Communities was served with the Amended Complaint on July 30, 2025, making its responsive pleading due on or before August 20, 2025.

5. On August 8, Defendant Ann Rito filed a Motion seeking an extension of time to file her answer until August 20, 2025.

6. On August 11, the court granted Defendant Ann Rito's Motion, making both Defendants' responsive pleadings due on August 20, 2025.

7. Based on conversations with Plaintiff's counsel, Plaintiff will be filing a Second Amended Complaint in the near future.

8. Defendants request that its responsive pleading deadline be tolled until Plaintiff has filed a Second Amended Complaint.

9. Upon the filing of Plaintiff's Second Amended Complaint, Defendants will have fourteen (14) days to file a responsive pleading to the Second Amended Complaint.

10. The requested extension is not made for purposes of improper delay and will not prejudice any party hereto.

11. Plaintiff's counsel CONSENTS to this extension of time for the filing of Defendants' responsive pleading to fourteen days from Plaintiff's filing of a Second Amended Complaint.

WHEREFORE, undersigned counsel respectfully requests this Court grant Defendants Ann Rito and HRI Communities' Motion for Additional Time to file their responsive pleadings on or before fourteen (14) days from the filing of Plaintiff's Second Amended Complaint.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*__/s/ John P. Korb__*
James M. Paul, MO Bar #44232
John P. Korb, MO Bar #75918
7700 Bonhomme Avenue, Suite 650
St. Louis, MO 63105
Telephone: 314-802-3935
Facsimile: 314-802-3936
james.paul@ogletree.com

*Attorneys for Defendants HRI Communities and Ann Rito*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of August, 2025, I electronically filed the foregoing through the Court's CM/ECF system, which will send notification to all attorneys of record, including Plaintiff's counsel:

Michelle Katherine Faron
Sarah Jane Hunt
KENNEDY HUNT PC
4500 W. Pine Boulevard
St. Louis, MO 63108
314-866-2310
michelle@kennedyhuntlaw.com
sarahjane@kennedyhuntlaw.com

/s/ *John P. Korb*
*An Attorney for Defendants HRI Communities and Ann Rito*