**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LARRY LEE HENDERSON, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cv-01048-PLC |
| | ) | |
| CORNELIUS BRYANT, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for HRI Management, LLC hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene.

    a. Whether it is publicly traded, and if it is, on which exchanges:

    **HRI Management, LLC is not publicly traded.**

    b. Its parent companies (if none, state "none"):

    **The members of HRI Management, LLC are Historic Restoration, Incorporated; Colleen Holdings, LLC; and Clement Business Holdings, LLC.**

    c. Its subsidiaries not wholly owned by the subject (if none, state "none"):

    **None.**

    d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if non, state "none"):

    **None.**

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

    **Jurisdiction is not based on diversity.**

Note: Sub-members include the members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-members of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ James M. Paul*

James M. Paul, #44232
John P. Korb, #75918
7700 Bonhomme Ave., Suite 650
St. Louis, MO 63105
Telephone: (314) 802-3935
Facsimile: (314) 802-3936
james.paul@ogletree.com
john.korb@ogletree.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Disclosure Statement was served by electronic notice on all parties on September 12, 2025.

*/s/ James M. Paul*
Signature