**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LARRY L. HENDERSON, SR. | ) | |
| | ) | Case No. 4:24CV1048 PLC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CORNELIUS BRYANT, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**REQUEST FOR ISSUANCE OF AN ALIIAS SUMMONS**

COMES NOW, Plaintiff, and requests this Court issue an Alias Summons for service upon Champika Lindskog. In support of this request Plaintiff states that the summons was returned non-est. on May 30, 2025. Plaintiff filed his Second Amended Petition on August 29, 2025. Plaintiff will attempt service on Champika Lindskog at:

**1929 Willamstown Dr., St. Peters, Missouri 63376** – or wherever she may be found in the State of Missouri.

Respectfully submitted,

*/s/ Michelle K. Faron*
Michelle K. Faron, #68058MO
Sarah Jane Hunt, #63899MO
KENNEDY HUNT, PC
4500 W. Pine Blvd.
St. Louis, Missouri 63108
Phone: 314-872-9041
Fax: 314-872-9043
michelle@kennedyhuntlaw.com
sarahjane@kennedyhuntlaw.com
ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2025, I electronically filed the foregoing through the Court's CM/ECF system, which will send notification to all attorneys of record, including Defendants' counsel.

*/s/ Michelle K Faron*
*One of the Attorneys for Plaintiff*