UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY LEE HENDERSON SR., Plaintiff(s), | ) | |
| v. | ) | No. 4:24-CV-01048-PLC |
| CORNELIUS BRYANT, et al., Defendant(s). | ) | |

**CLERK'S ENTRY OF DEFAULT**

This matter is before the clerk of court on Plaintiff's Motion for Entry of Clerk's Default against Defendant Champika Lindskog, [Doc. #74] pursuant to Fed. R. Civ. P. 55(a). The record reflects service of summons and the complaint upon Defendant on October 17, 2025. Defendant has failed to file an answer or other responsive pleading within the time required by Fed. R. Civ. P. 12.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Entry of Clerk's Default against Defendant Champika Lindskog [Doc. # 74] is **GRANTED**, and the default of this defendant is hereby entered.

Dated this 9th day of December, 2025.

Lori Miller Young
Lori Miller Young
Chief Deputy Clerk